658

432 A.2d 252

Commonwealth v. Pisor, Appellant.

Submitted April 16, 1980.   Philip P. Lope, for appellant;  Robert F. Hawk, Assistant District Attorney for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

We affirm the order of the lower court.

432 A.2d 253

Commonwealth v. Smith, Appellant.

Submitted March 21, 1980.   William P. James, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.